STEVEN G. KALAR
Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:        SEVERA_KEITH@fd.org


Counsel for Defendant MEDINA-RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 20-0031 EJD |
| Plaintiff, | |
| | **STIPULATION AND [PROPOSED] ORDER CONTINUING DETENTION HEARING** |
| v. | |
| LUIS MEDINA-RIVERA, | |
| Defendant. | |

Defendant Medina-Rivera and the Government hereby stipulate and agree that the detention hearing currently set for February 5, 2020 at 1:30 p.m. should be continued to February 6, 2020 at 1:30 p.m. The reason for the requested continuance is that defense counsel has a scheduling conflict that is delaying the date of the Pretrial Services interview, such that the detention hearing should be rescheduled, so that Pretrial Services has time to complete a bail study.

The parties further agree and stipulate that time should be excluded from February 5, 2020, through and including February 6, 2020, to provide defense counsel further time to effectively prepare, for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Section 3161(h). Accordingly, defense counsel and the government agree that granting the requested exclusion of time will serve the interest of justice and the ends of justice outweigh the interest of the

1    public and the defendant in a speedy trial.

2

3    IT IS SO STIPULATED.

4

5        Dated:    February 2, 2020

6                                              STEVEN G. KALAR
                                              Federal Public Defender
7                                              Northern District of California

8                                                      /S
9                                              SEVERA KEITH
                                              Assistant Federal Public Defender
10

11       Dated:    February 2, 2020

12

13                                             DAVID ANDERSON
                                              United States Attorney
14                                             Northern District of California

15
                                                       /S
16                                             JEFF BAKHAUS
                                              Assistant United States Attorney
17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status conference currently scheduled for February 5, 2020 at 1:30 p.m., shall be continued to February 6, 2020 at 1:30 p.m. for further detention hearing.

THE COURT FINDS that failing to exclude the time between February 5, 2020 through and including February 6, 2020, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between February 5, 2020 through February 6, 2020, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __Feb. 4,__ , 2020

HON. SUSAN VAN KEULEN
United States Magistrate Judge